FRANK & J. G. JENKINS, JR., Appellants, *v.* JOHN GOOD CORDAGE AND MACHINE COMPANY et al., Respondents.

Reported below, 56 App. Div. 573.
(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 31, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous, and that there is nothing for the Court of Appeals to review.

*Edward A. Hibbard* for motion.

*Ira Leo Bamberger* opposed.

Motion denied, without costs.

---

In the Matter of Proceedings Supplementary to Execution; ERNEST H. HOLTON, Judgment Creditor, Respondent, *v.* BENJAMIN ROBINSON, Judgment Debtor, Appellant.

*Matter of Holton* v. *Robinson*, 59 App. Div. 45, appeal withdrawn.
(Submitted June 3, 1901; decided June 11, 1901.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 14, 1901, affirming an order of Special Term adjudging the judgment debtor herein guilty of contempt.

The motion was made upon the ground that the order from which the appeal is taken is not appealable.

*Richard V. Boyd* for motion.

*Jared F. Harrison* opposed.

Motion granted upon payment of costs that have accrued up to the time of making this motion.